RESOURCE CONVERSATION
GROUP, LLC, Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2011–5063.

United States Court of Appeals,
Federal Circuit.

Oct. 11, 2011.

Warren K. Rich, Rich and Henderson, P.C., of Annapolis, Maryland, argued for plaintiff-appellant. With him on the brief was Anthony G. Gorski.

Christopher A. Bowen, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

Before LOURIE, BRYSON, and DYK, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**